AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| American Association of Nurse Anesthesiology ) <br> *Plaintiff* ) <br> v. ) <br> Xavier Becerra, et al ) <br> *Defendant* ) | Case No.  1:24-cv-1657 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, American Association of Nurse Anesthesiology .

Date: 09/27/2024

/s/ Christopher T. Grohman
*Attorney's signature*

Christopher T. Grohman
*Printed name and bar number*

Benesch Friedlander Coplan & Aronoff LLP
71 S. Wacker Drive, Ste. 1600
Chicago, IL  60606
*Address*

CGrohman@beneschlaw.com
*E-mail address*

(312) 212-4943
*Telephone number*

*FAX number*