AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| American Association of Nurse Anesthesiology <br> *Plaintiff* <br> v. <br> Xavier Becerra, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 1:24-cv-1657 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, American Association of Nurse Anesthesiology.

Date: 09/27/2024

/s/ John Kerkhoff
*Attorney's signature*

John Kerkhoff
*Printed name and bar number*

Benesch Friedlander Coplan & Aronoff LLP
41 South High Street, Ste. 2600
Columbus, OH 43215-6164

*Address*

CGrohman@beneschlaw.com
*E-mail address*

(312) 212-4943
*Telephone number*

*FAX number*